UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANDRE ALEXANDER
# 731077,

       Plaintiff

v.

NICHOLAS GALZETTA,
FRED GOVERN, ERICA
HUSS, DARRIN VIITALA,
MANDI SALMI, KENNETH
NIEMISTO, KRISTINE
GIESEN, TERRY MEDEN,
CHAD LaCOUNT, HANNA
SAAD, DR. ROSEN, C/O
WATKINS, C/O LEWIS, C/O
LEE, C/O SLAUGHTER, C/O
HOUSTON, DAPHNE M.
JOHNSON and RICHARD
IDEMUDIA

       Defendants.
_____/

Case No. 2:16-CV-13293
District Judge Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

## **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE DISPOSITIVE MOTION (DE 87) AND SETTING BRIEFING SCHEDULE**

On January 31, 2018, Plaintiff filed a motion for leave to file a dispositive motion, attaching his proposed motion for summary judgment. (DE 87.) Leave is not required to file a motion for summary judgment, as a scheduling order has not been entered in this case setting forth a deadline for dispositive motions. Accordingly, Plaintiff's motion is granted, and Plaintiff's motion for summary

judgment will be recognized as DE 87 at 2-23, with Exhibits 1-26 attached. Defendants shall file any response to Plaintiff's motion for summary judgment no later than **March 2, 2018**, and Plaintiff shall file any reply no later than **March 23, 2018**.

**IT IS SO ORDERED.**

Dated: February 6, 2018　　　　　　　　s/Anthony P. Patti
　　　　　　　　　　　　　　　　　　　Anthony P. Patti
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on February 6, 2018, electronically and/or by U.S. Mail.

　　　　　　　　　　　　　　　　　　　s/Michael Williams
　　　　　　　　　　　　　　　　　　　Case Manager for the
　　　　　　　　　　　　　　　　　　　Honorable Anthony P. Patti