UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D'ANDRE ALEXANDER
# 731077,

        Plaintiff

v.

NICHOLAS GALZETTA, FRED
GOVERN, ERICA HUSS,
DARRIN VIITALA, MANDI
SALMI, KENNETH NIEMISTO,
KRISTINE GIESEN, TERRY
MEDEN, CHAD LaCOUNT,
HANNA SAAD, DR. ROSEN, C/O
WATKINS, C/O LEWIS, C/O LEE,
C/O SLAUGHTER, C/O
HOUSTON, DAPHNE M.
JOHNSON and RICHARD
IDEMUDIA,

        Defendants.
_____/

Case No. 2:16-CV-13293
District Judge Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY AS MOOT (DE 154)

This matter is before the Court for consideration of Plaintiff's motion to compel discovery (DE 154) and Defendants' response (DE 155). Plaintiff asserts in his motion that he served discovery requests on Defendant Rosen on July 3, 2018, and that as of September 10, 2018 he had not received Defendant's responses to those requests. (DE 154.) Defendants respond that: (1) they requested

an extension to provide responses to Plaintiff's interrogatories on September 5, 2018; (2) they provided Defendant Rosen's responses to Plaintiff's Interrogatories on October 8, 2018; and (3) Plaintiff's motion therefore is moot. (DE 155.)

Because Defendants state that Defendant Rosen has now served his responses to Plaintiff's Interrogatories, supported by a certificate of service of those responses, and Plaintiff did not file a reply brief or otherwise dispute Defendants' representation, Plaintiff's motion to compel discovery is **DENIED as moot**.

**IT IS SO ORDERED.**

Dated: November 6, 2018        s/*Anthony P. Patti*
                               Anthony P. Patti
                               UNITED STATES MAGISTRATE JUDGE

_____
**CERTIFICATE OF SERVICE**

I hereby certify on November 6, 2018, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on November 6, 2018.

                               s/Carolyn Ciesla
                               Case Manager Acting in
                               the Absence of Michael Williams