# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

D'ANDRE ALEXANDER
# 731077,

               Plaintiff

v.

NICHOLAS CALZETTA, FRED
GOVERN, ERICA HUSS,
DARRIN VIITALA, MANDI
SALMI, KENNETH NIEMISTO,
KRISTINE GIESEN, TERRY
MEDEN, CHAD LaCOUNT,
HANNA SAAD, DR. ROSEN, C/O
WATKINS, C/O LEWIS, C/O LEE,
C/O SLAUGHTER, C/O
HOUSTON, DAPHNE M.
JOHNSON and RICHARD
IDEMUDIA,

               Defendants.

_____/

Case No. 2:16-CV-13293
District Judge Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

## ORDER DENYING PLAINTIFF'S MOTION FOR PROMPT SETTLEMENT CONFERENCE WITHOUT PREJUDICE (DE166)

This matter is before the Court for consideration of Plaintiff's motion for prompt settlement conference, requesting that the Court schedule a settlement conference in this matter. (DE 166.)

On November 30, 2018, I entered my report on the evidentiary hearing regarding exhaustion and recommendation to grant the State Defendants' motion

for summary judgment.  (DE 168.)  And, on December 18, 2018, I entered my

report and recommendation to (1) grant State Defendants' motion to dismiss 42

U.S.C. § 1985 conspiracy claims and state law claims, (2) grant Defendant Terry

Meden, M.D.'s second motion for summary judgment, (3) grant Defendant Hannah

Saad, M.D.'s motion to dismiss/summary judgment being filed in lieu of

answering Plaintiff's complaint, and (4) *sua sponte* dismiss Plaintiff's Eighth

Amendment claim against Derek Rosen for failure to exhaust administrative

remedies.  (DE 170.)   Acceptance of these recommendations would bring this case

to a close.

Accordingly, Plaintiff's motion for prompt settlement conference is

**DENIED without prejudice** pending Judge Goldsmith's consideration of the

pending reports and recommendations.  To the extent that Plaintiff's request relates

to case no. 16-12069, pending before Judges Berg and Majzoub and as referenced

in the instant motion, he is free to file a motion seeking similar relief in that case.

**IT IS SO ORDERED.**

Dated: December 19, 2018            s/*Anthony P. Patti*
                                    Anthony P. Patti
                                    UNITED STATES MAGISTRATE JUDGE

## **Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on December 19, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti
